## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JACOB BARR, on his own behalf and on behalf of other similarly situated persons,<br><br>                    Plaintiff,<br><br>        v.<br><br>MITCHELL & NESS LLC, a Florida limited liability company,<br><br>                    Defendant. | NO. 23-cv-00556 RSM<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |

THIS MATTER having come before the Court by way of stipulated motion by Jacob Barr and defendant Mitchell & Ness LLC ("Mitchell & Ness") to dismiss all claims against Mitchell & Ness in the above-captioned lawsuit without prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised it is now ORDERED as follows:

All claims against Defendant Mitchell & Ness only in the above-captioned lawsuit are hereby dismissed without prejudice and without costs and/or attorney fees as to either party.

IT IS SO ORDERED BY THE COURT.

//

//

//

{JBJ2807704.DOCX;2/12808.000001/ }

1  DATED this 19th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

{JBJ2807704.DOCX;2/12808.000001/ }